Eugene M. Reid, et al., Appellants, v. Jack Davidon, Appellee.

*McCune, Casey, Hiaasen & Fleming,* for Appellants;

*Everett H. Hunt,* for Appellee.

Murrell Byrd, et al., Plaintiffs in Error, v. State of Florida, Defendant in Error.

*Fred H. Davis,* Attorney General, for the motion.

Leroy Orme, Plaintiff in Error, v. F. B. Tippins as Sheriff of Lee County, Defendant in Error.

*Fred H. Davis,* Attorney General, for the motion.